# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 26 AM 10: 10

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

```
IN RE: SARALAND, LLLP,           *
                                 *    Bankruptcy No. 12-30113
        Debtor.                  *
                                 *
_____
                                 *
LISTER W. HARRELL; SARALAND,     *
LLLP; and PARADISE FARMS, INC.,  *
                                 *    CV 314-133
        Plaintiffs,              *
                                 *    (Adversary Number in
        vs.                      *    Bankruptcy Court: 14-03009)
                                 *
NIKKI HARRELL MULLIS; BRETT      *
COLEMAN; SID CARTER; SARA        *
HARRELL; DONALD HELMS; and       *
LYNN SHEFFIELD,                  *
                                 *
        Defendants.              *
```

## O R D E R

Mr. Lister W. Harrell appeals the decision of the United States Bankruptcy Court, Southern District of Georgia, to dismiss an adversary proceeding which was filed by Mr. Harrell and purportedly two entities of which he is a principal, Saraland, LLLP and Paradise Farms, Inc.[1]  The underlying bankruptcy case is a Chapter 11 proceeding involving Saraland,

---

[1]  At a hearing on August 5, 2014, the Chapter 11 Trustee for Saraland, LLLP, represented that neither he nor the Chapter 7 Trustee for Paradise Farms, Inc., had authorized the filing of the adversary proceeding on behalf of their respective entities. (See Bankr. Doc. No. 12, Bankr. Case No. 14-03009.)

LLLP - Bankruptcy Case No. 12-30113 (S.D. Ga. Mar. 29, 2012).

The Bankruptcy Court dismissed the adversary proceeding on August 7, 2014, upon Mr. Harrell's failure to pay the required filing fee and his failure to substantially conform to the applicable rules and forms for filing an adversary proceeding.[2] On September 24, 2014, Mr. Harrell filed a notice of appeal, but he did not pay the appellate filing fee.

On December 9, 2014, this Court adopted the Report and Recommendation of the United States Bankruptcy Court denying Mr. Harrell *in forma pauperis* status. In this same Order of December 9, 2014, this Court gave Mr. Harrell ten days to file the required filing fee or face dismissal of the appeal.

On December 19, 2014, Mr. Harrell filed a Notice of Appeal to the Eleventh Circuit Court of Appeals, appealing the December 9, 2014 Order directing the payment of the filing fee. (Doc. No. 7.) The Notice of Appeal was accompanied by a motion for leave to appeal *in forma pauperis* and motion to appoint counsel. (Doc. Nos. 8 & 9.) Because a final judgment or order had not been entered in this case at that point, Mr. Harrell's notice of appeal is premature and improper. Nevertheless, it is clear from this case and the multitude of other appeals filed by Mr.

---

[2] The Bankruptcy Court also considered and denied on the merits Mr. Harrell's request for an injunction. (Bankr. Doc. No. 12, Bankr. Case No. 14-03009.) The Bankruptcy Court denied Mr. Harrell's motion for reconsideration on September 5, 2014. (Bankr. Doc. No. 18, Bankr. Case No. 14-03009.)

Harrell in this Court that he does not plan to pay the filing fee. Accordingly, **IT IS ORDERED** that the instant appeal be **DISMISSED.**[3]

**IT IS FURTHER ORDERED**, in accordance with Federal Rule of Appellate Procedure 4(a)(2), that Mr. Harrell's Notice of Appeal to the Eleventh Circuit is deemed filed as of the date of this entry of this Order. Further, the appeal is frivolous and without merit; accordingly, Mr. Harrell's motion to proceed *in forma pauperis* on appeal (doc. no. 8) is **DENIED.** See 28 U.S.C. § 1915(a)(3). The motion to appoint counsel (doc. no. 9) is therefore **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[3] The Clerk is directed to **CLOSE** the case; Mr. Harrell's motion for extension of time and motion to produce, filed on December 10, 2014, and the multiple miscellaneous motions filed on January 13, 2015, are **DENIED AS MOOT**.