ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -4 PM 3:31
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: SARALAND, LLLP, | * | |
| | * | Bankruptcy No. 12-30081 |
| Debtor. | * | |
| | * | |
| LISTER W. HARRELL; SARALAND, | * | |
| LLLP; and PARADISE FARMS, INC., | * | |
| | * | CV 314-133 |
| Plaintiffs, | * | |
| | * | (Adversary Number in |
| vs. | * | Bankruptcy Court: 14-03009) |
| | * | |
| NIKKI HARRELL MULLIS; BRETT | * | |
| COLEMAN; SID CARTER; SARA | * | |
| HARRELL; DONALD HELMS; and | * | |
| LYNN SHEFFIELD, | * | |
| | * | |
| Defendants. | * | |

O R D E R

On March 19, 2015, the Eleventh Circuit Court of Appeals dismissed Mr. Harrell's appeal in this case. On April 15, 2015, the Clerk of Court placed Mr. Harrell's motion to reinstate the appeal on the docket of this case. This Court is without authority to grant the relief requested. Accordingly, the motion to reinstate appeal is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE